Received Date
OCT 23 2015

Received Date
OCT 30 2015

correction

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NUMBER 13-27 GFVT

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                              ANSWER OF THE GARNISHEE

PHILIP ROBINSON                                                        DEFENDANT/
                                                                       JUDGMENT DEBTOR

AND

REPUBLIC BANK AND TRUST                                                GARNISHEE

\* \* \* \* \* \*

Eastern District of Kentucky
F I L E D
NOV - 4 2015
AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Comes the undersigned Affiant and, after being duly sworn to be truthful, states and deposes as follows as the Garnishee's Answer to the Writ of Garnishment:

1.  The Garnishee is a (choose one)

    _____ Sole proprietorship   _____ Partnership
    ✓ Corporation under the laws of **Kentucky**
    _____ Banking institution
    _____ Government institution or subdivision

2.  The Garnishee does business under the name of: **Republic Bank & Trust Co.**

3.  The Garnishee's correct mailing address is: **601 W. Market St. Louisville, KY 40202**

4.  The undersigned Affiant's position or title with the Garnishee is: **Research Specialist**

5.  The Affiant's work telephone number is: **502.588.8973**

6.  The Garnishee received the Writ of Garnishment on: **10.23.2015**

7.  On the date the Garnishee received the Writ, the Defendant/Judgment Debtor (hereafter referred to as Defendant) was an employee of the Garnishee:   _____ Yes   **X** No

1

IF THE DEFENDANT/JUDGMENT DEBTOR IS THE GARNISHEE'S EMPLOYEE, FILL IN PARAGRAPHS 8 THROUGH 12.

8. The Defendant's pay period is:

N/A _____ Weekly _____ Bi-weekly _____ Monthly _____ Other _____

9. The Defendant's pay period in effect on the date the Garnishee received the Writ of

N/A Garnishment began on _____ and ends on _____

10. The amount of the Defendant's net, nonexempt disposable earnings subject to this Writ of Garnishment is as follows:

(1) Gross pay $ N/A

(2) Less amounts required by law to be withheld

Federal income tax $ _____
State income tax $ _____
Occupational tax $ _____
Social security $ _____
Other_____ $ _____

(3) Total deductions $ _____

(4) Disposable earnings
(Subtract Line 3 from Line 1) $ _____

(5) Exempt earnings
(a) 75% of Line 4 OR $ _____
(b) Other amount for wages $ _____

(The amount to be filled in for "other amount" is either $217.50 if weekly or $471.25 if semi-monthly, or $942.50 if monthly

(6) Enter the greater of 5(a) or 5(b) $ _____

(7) Ordered Child Support $ _____

(8) Non-exempt disposable earnings subject garnishment
(Subtract Lines 6 and 7 from Line 4) $ _____

11. The Garnishee anticipates that the Defendant's rate of pay or method of payment will substantially change in the future: _____ Yes _____ No  N/A

If "yes" explain _____

12. Even though the Defendant is the Garnishee's employee, no funds or earnings are now due, or in the future will be due to the Defendant because (enter N/A if not applicable): N/A

FILL IN PARAGRAPHS 13 THROUGH 15 WHETHER OR NOT THE DENDANT IS THE GARNISHEE'S EMPLOYEE

13. There are garnishments, executions or levys already in effect ahead of the Writ of Garnishment in favor of the United States: _____ Yes _____ No, If "yes" describe: N/A

14. The Garnishee has possession, custody or control of the following assets or property(non-earnings),such as bank accounts, safety deposit boxes, investment accounts, individual retirement accounts, annuities, pensions, thrift plans, accounts payable, contract payments, automobiles, equipment, gemstones, etc., in which the Defendant has an interest, as described below (enter N/A if not applicable) (if the property is some type of bank account, investment account, retirement account, etc. you must provide your account number and identify by name all owners of the account if there are joint owners): Use additional paper if necessary.

| Description of Property | Approximate Value in Property | Description of Debtor's in Property |
|---|---|---|
| 1. Checking/savings Account | $62.10 | Funds in account |
| 2. | | |

15. The Garnishee expects to obtain in the foreseeable future possession, custody or control of assets or property (non-earnings) in which the Defendant has an interest: N/A

COMPLETE PARAGRAPHS 16, 17 OR 18 AS APPLICABLE

16. The Garnishee makes the following claim of exemption for or on behalf of the Defendant:

n/A

17. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Defendant upon the claim of the United States

n/A

18. The Garnishee was not and is not indebted to the Defendant, and the Garnishee did not or does not have possession, custody or control of any assets or property belonging to the Defendant, or in which the Defendant has an interest; and, thus, the Garnishee is not liable as a garnishee in the above-captioned lawsuit for the following reasons: n/A

IN WITNESS WHEREOF, for and on behalf of the Garnishee, the Affiant hereunto sets his or her hand on this the 23rd day of October, 2015

Amanda Avery
Affiant's Signature

Research Specialist
Position/Title

Amanda Avery
Affiant's Name Printed or Typed

State of Kentucky   County of Jefferson

The foregoing was acknowledged, subscribed and sworn to before me by the Affiant, Amanda Avery on this the 23rd day of October, 2015
My Commission expires: 8/10/2019

R. Kevin Rogers
Notary Public

4

## ATTACHMENT TO ANSWER OF THE GARNISHEE

The Original of the Answer must be mailed to:

Clerk, United States District Court
U.S. Clerk Of Court
330 West Broadway, Room 313
Frankfort, KY 40601

A copy of the Answer must be mailed to:

U.S. Attorney's Office
Attn: Financial Litigation Unit
260 West Vine Street, Ste. 300
Lexington, KY 40507

And a copy of the Answer must be delivered or mailed to the Defendant/Judgment Debtor, at their last known address:

Philip Robinson
Address Redacted